UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 09-70-GWU

ROBERT R. CAUDILL,                                                          PLAINTIFF,

VS.                                            **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                DEFENDANT.

* * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)   the Defendant's motion for summary judgment is GRANTED;

(2)   the Plaintiff's motion for summary judgment is DENIED; and

(3)   the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 14th day of January, 2010.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**